IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BRIAN RICHARDSON | § | |
| VS. | § | CIVIL ACTION NO. 1:12cv359 |
| JOSHUA MOORE | § | |

**MEMORANDUM ORDER ADOPTING**
<u>**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**</u>

Brian Richardson, proceeding *pro se*, filed the above-styled civil rights lawsuit. The Court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to 28 U.S.C. § 636.

Plaintiff has filed three motions seeking preliminary injunctive relief (doc. nos. 43, 46 and 48). The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motions be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.

<u>ORDER</u>

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's motions for preliminary injunctive relief are **DENIED**.

**SIGNED** this the 4 day of **August, 2014.**

_____
Thad Heartfield
United States District Judge